UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
**MAXIMINO TORRES TAPIA,**

                          **Plaintiff**

v.

                                                         Index No.
                                                         23-cv-3837-VEC

                                                         **(PROPOSED)
                                                         JUDGMENT**


**NIKOLA ROMIC,** *individually* **and
PIL PIL SPANISH TAPAS INC.**

                          **Defendants.**
------------------------------------------------------------------------x

       WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on December 6, 2023.

       It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Maximino Torres Tapia and against Defendants Nikola Romic and Pil Pil Spanish Tapas Inc., jointly and severally, in the amount of $25,000.00, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
            _____ \_\_, 2023

                                                       So Ordered: _____