| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 12/6/2023 |

-----------------------------------------------------------------------x

**MAXIMINO TORRES TAPIA,**

                  **Plaintiff**

v.

**NIKOLA ROMIC,** *individually* **and**
**PIL PIL SPANISH TAPAS INC.**

                  **Defendants.**

-----------------------------------------------------------------------x

**Index No.**
**23-cv-3837-VEC**

~~**(PROPOSED)**~~
**JUDGMENT**

WHEREAS, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed on December 6, 2023.

It is, therefore, ORDERED, ADJUDGED AND DECREED: That judgment is entered in favor of Plaintiff Maximino Torres Tapia and against Defendants Nikola Romic and Pil Pil Spanish Tapas Inc., jointly and severally, in the amount of $25,000.00, inclusive of attorney's fees and costs, in full and final resolution of all of Plaintiff's claims in this Action.

Dated: New York, New York
        December 6, 2023

                                    So Ordered: *Valerie Caproni*